EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:     541-2850
facsimile:     541-2958
e-mail:        wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2002

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02 00554 |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| HERCULES POTOY BOCTOT, | ) | |
| | ) | |
| Defendant. | ) | |

**INDICTMENT**

**COUNT 1**

The Grand Jury charges that:

On or about December 20, 2002, while onboard the "Pacific Horizon," a vessel registered in the United States, while on the high seas, a place within the special maritime and

territorial jurisdiction of the United States, with the District of Hawaii being the first place to which the defendant was brought, defendant HERCULES POTOY BOCTOT, did assault RONE NECESARIO, with a dangerous weapon, to wit: a knife, with the intent to do bodily harm.

All in violation of Title 18, United States Code, Sections (7)(1) and 113(a)(3).

## COUNT 2

The Grand Jury further charges that:

On or about December 20, 2002, while onboard the "Pacific Horizon," a vessel registered in the United States, while on the high seas, a place within the special maritime and territorial jurisdiction of the United States, with the District of Hawaii being the first place to which the defendant was brought, defendant HERCULES POTOY BOCTOT, did assault RONE NECESARIO, resulting in serious bodily injury.

All in violation of Title 18, United States Code, Sections (7)(1) and 113(a)(6).

DATED: December 27, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
WES R. PORTER
Assistant U.S. Attorney

3