# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 11, 2004

To: United States Court of Appeals    Attn: ( )    Civil
     For the Ninth Circuit
     Office of the Clerk                   (✓)    Criminal
     95 Seventh Street
     San Francisco, California 94103     ( )    Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:    CR 02-00554 SOM      Appeal No:    03-10379

Short Title:    USA VS. HERCULES BOCTOT

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 9 | volumes (✓) original ( ) certified copy<br>2/25/03, 2/26/03, 2/27/03, 2/27/03, 2/28/03, 3/3/03, 3/4/03, 3/4/03, 6/30/03 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: ~~none~~ 19/20, 52

Acknowledgment: _s. DNIS_            Date: _FILED FEB 1 9 2004 CATHY A. CATTERSON, U.S. COURT OF APPEALS CLERK_

cc: all counsel

January 11, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-02-00554-SOM
**Appeal Number:** 03-10379
**Short Title:** USA v. Boctot

**Volumes**

| | | | | |
|---|---|---|---|---|
| **Clerk's Records in:** 1 | | 0 Certified Copy(ies) | | |
| **Reporters Transcripts in:** 9 | | 0 Certified Copy(ies) | | |
| **Exhibits in:** 0 Envelopes | | 0 Under Seal | | |
| 0 Boxes | | 0 Under Seal | | |
| 0 Volumes | Volume 0 | of record | 0 Under Seal | |
| **State Lodged Docs in:** 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes | |
| 0 Other | | | | |
| **Bulky Documents in:** 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes | |
| 0 Other | | | | |

**Other:** 1 Folder Of SEALED Documents

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.